Dismissed and Memorandum Opinion filed July 24, 2003









Dismissed and Memorandum Opinion filed July 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00750-CV

____________

 

KENAN PAO, Appellant

 

V.

 

CHIA-LING HO, Appellee

 



 

On Appeal from the 328th District Court

Fort
Bend County, Texas

Trial
Court Cause No.  100,044

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment filed March 21, 2003.

On July 17, 2003, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 24, 2003.

Panel consists of Justices Yates,
Hudson and Frost.